476 A.2d 98

Commonwealth v. Clay, Appellant.
Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Submitted November 4, 1983. Michael G. Defino, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.